IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FRANKENMUTH MUTUAL INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MICHAEL L. ROUW, PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD, BEN. C. EKWALLA, SOCIUS CARE, LLC AND SOCIUS SUPPLY, LLC,<br><br>　　　　Defendants. | Case No. 8:22-cv-287<br><br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

　　**IT IS HEREBY STIPULATED** that Plaintiff Frankenmuth Mutual Insurance Company's Complaint for Declaratory Judgment and Jury Demand (Filing No. 1) be dismissed with prejudice without cost to any party and the filing of this stipulation shall constitute a dismissal of Plaintiff's claims against all Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

　　**DATED THIS** 1st day of February, 2024.

/s/ David C. Mullin
David C. Mullin, #21985
FRASER STRYKER PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE  68102
Telephone:  (402) 341-6000
Facsimile:  (402) 341-8290
dmullin@fraserstryker.com

AND

/s/ Stephanie F. Glickauf
Stephanie F. Glickauf
GA State Bar No. 257540
Goodman McGuffey LLP
3340 Peachtree Road NE, Suite 2100
Atlanta, GA  30326-1084
Telephone:  (404) 264-1500
Facsimile:   (404) 264-1737 sglickauf@GM-LLP.com
**ATTORNEYS FOR PLAINTFF**

AND

/s/ Ryan M. Sewell
Ryan M. Sewell, #22476
Inserra Kelley Sewell
6790 Grover Street, Suite 200
Omaha, NE  68106-3612
Telephone:  (402) 391-4000
Facsimile:   (402) 391-4039
rsewell@inserra.com
**ATTORNEY FOR DEFENDANT MICHAEL L. ROUW**

/s/ Dan H. Ketcham
Dan H. Ketcham, #18930
Engles, Ketcham, Olson & Keith, P.C.
1350 Woodmen Tower
Omaha, NE  68102
Telephone:  (402) 348-0900
Facsimile:   (402) 348-0904
dketcham@ekoklaw.com
**ATTORNEY FOR DEFENDANT PROPERTY \& CASUALTY INSURANCE COMPANY OF HARTFORD**

*/s/ Matthew D. Hammes*
Matthew D. Hammes, #21484
Locher Pavelka Dostal Braddy & Hammes LLC
200 The Omaha Club
2002 Douglas Street
Omaha, NE  68102
Telephone:  (402) 898-7000
Facsimile:   (402) 898-7130
mhammes@lpdbhlaw.com
**ATTORNEY FOR DEFENDANTS BEN C. EKWALLA, SOCIUS CARE, LLC AND SOCIUS SUPPLY, LLC**