IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FRANKENMUTH MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL L. ROUW, PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD, BEN C. EKWALLA, SOCIUS CARE LLC, and SOCIUS SUPPLY LLC,<br><br>Defendants. | 8:22CV287<br><br>ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE |

This case is before the Court on the Joint Stipulation for Dismissal with Prejudice, signed by all parties. Filing 55. The parties stipulate to dismissal of this action with prejudice, with each party to bear its own costs. Accordingly,

IT IS ORDERED that the parties' Joint Stipulation for Dismissal with Prejudice, Filing 55, is granted. This case is dismissed with prejudice, with each party to bear its own costs.

Dated this 2nd day of February, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1